

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 6, 2017

**BY ECF AND BY HAND**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *Juan Thompson*, 17 Cr. 165 (PKC)

Dear Judge Castel:

    The parties respectfully write to confirm the date and time set by the Court for the defendant's guilty plea in the above captioned case on Monday, June 12 at 10:30 AM.

    Respectfully submitted,

    JOON H. KIM
    Acting United States Attorney for the
    Southern District of New York

By: _____
    Jacob Warren
    Assistant United States Attorney
    (212) 637-2264

Enclosure

cc:    Mark Gombiner, Esq. (by ECF)
       Jullian Harris-Calvin, Esq. (by ECF)
       *Counsel for Juan Thompson*