U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/17
```

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMO ENDORSED**

June 6, 2017

*Conference is adjourned from June 12, 2017 to June 13, 2017 at 11:45am.*
*SO ORDERED.*
*[signature], USDJ*
*6-6-17*

**BY ECF AND BY HAND**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Juan Thompson*, 17 Cr. 165 (PKC)

Dear Judge Castel:

The parties respectfully write to confirm the date and time set by the Court for the defendant's guilty plea in the above captioned case on Monday, June 12 at 10:30 AM.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney for the
Southern District of New York

By: _____
Jacob Warren
Assistant United States Attorney
(212) 637-2264

Enclosure

cc: Mark Gombiner, Esq. (by ECF)
Jullian Harris-Calvin, Esq. (by ECF)
*Counsel for Juan Thompson*