# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel:(212)417-8700 Fax:(212)571-0392

**MEMO ENDORSED**

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney in Charge*

November 10, 2017

Hon. P. Kevin Castel
United States District Judge
Southern District Of New York
500 Pearl Street
New York, New York

Sentencing
~~Conference~~ Adjourned
From: November 29
To: December 20 at 11am
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 11-13-17

Re: *United States v. Juan Thompson*
    17 Cr. 165 (PKC)

Dear Judge Castel:

We write to respectfully request a 30-day adjournment of Mr. Thompson's November 29, 2017, sentencing hearing. The Court and parties recently received ten victim impact statements that divulged information previously unknown to defense counsel. We now need additional time to investigate and prepare responses to the allegations detailed in the letters.

As counsel for Mr. Thompson we have engaged a psychologist to evaluate our client and prepare a report in aid of sentencing. Though we have requested and expect an expedited report, it cannot be completed within the current deadline set by the Court.

An adjournment will allow Mr. Thompson and defense counsel sufficient opportunity to investigate, prepare, and submit the defense's sentencing submission. We do not anticipate requesting another adjournment.

The government objects to an adjournment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-13-17

Respectfully submitted,

/s/ Jullian D. Harris
Mark Gombiner
Jullian D. Harris
Trial Attorneys
(212) 417-8724

cc: Jacob Warren, AUSA