# EXHIBIT B

Re: Juan Thompson

    My name is Saherra Thompson and I am Juan Thompson's younger sister. Juan has been a huge part of my life since the day I was born and I love and admire him dearly. Juan is the eldest of ten siblings. Being that we had a difficult childhood, Juan had to mature a bit faster than most in order to look out for my brothers, sisters, and I; I truly appreciate him so much for that.

    I have always wanted to be like Juan since I was a little girl. I admired everything about him. He has always been a positive role model in my life. Everything that Juan did, I wanted to do. I went to college and have dedicated my life to helping people because of Juan. He has inspired me so much that I have gone back to school for a master's degree, so that I could work more in depth in a field similar to his. His empathy for others and willingness to help others is undeniably amazing. I have yet to meet anyone as selfless as him.

    Juan was there for me when I was a poor college student struggling to pay my bills, when I was dealing with depression, and completely down on my luck. I know that this is an especially difficult time for him, but it is also very difficult for my family and I as well. Juan being incarcerated has been a never-ending nightmare for me.

    Juan has people who need him and I plan on being there for Juan just like he has been there for me. I miss Juan so much that words cannot begin to explain how I feel. We all make mistakes because we are human; I am asking that you please take that into consideration when it is time for his sentencing. He has been an asset to so many people and he is an amazing man.

Respectfully,

Saherra Thompson