

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**       December 20, 2017

**BY FAX**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Juan Thompson*, S1 17 Cr. 165 (PKC)

Dear Judge Castel:

      The defendant, Juan Thompson, was sentenced this afternoon by Your Honor. At the conclusion of the proceeding, the Court directed the parties to file their sentencing submissions in redacted form by 3:00 PM. With respect to the Government, your Honor directed that the Government may redact a portion on page 11 of the Government's sentencing submission, as well as any identifying information for the New York City Police Department Officers listed in Exhibit C.

      The Government also respectfully requests to redact two additional categories of information: first, the email and home address of Ms. Rossi, which is listed in Exhibits B and C; and second, the names of the individuals – other than Ms. Rossi – in Exhibit A, which is the fake lawsuit that the defendant created alleging the spreading of a sexually transmitted disease.

*Handwritten endorsement: Application granted. SO ORDERED. [signature] USDJ 12-20-17*

Respectfully Submitted,

JOON H. KIM
Acting United States Attorney

By: _____
Jacob Warren
Assistant United States Attorney
(212) 637-2264

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12-20-17

cc:   Mark Gombiner and Jullian Harris-Calvin (by email)