UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

    - v. -                          :    **ORDER**

JUAN THOMPSON,                     :    S1 17 Cr. 165 (PKC)

             Defendant.      :

- - - - - - - - - - - - - - - - - - x

    TO:  FCI FORREST CITY LOW
         1400 DALE BUMPERS ROAD
         FORREST CITY, AR  72335

         And

         UNITED STATES MARSHAL FOR THE
         SOUTHERN DISTRICT OF NEW YORK

YOU ARE HEREBY COMMANDED to have the body of JUAN THOMPSON, Reg No. 46606-044; incarcerated in the above-stated correctional facility, under your custody as it is said, delivered under safe and secure conduct to the Metropolitan Correctional Center, New York, New York, on or before July 17, 2019, to be resentenced in the above captioned case.

Dated:  New York, New York
       June ___, 2019

                                              UNITED STATES DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF NEW YORK