**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 15, 2019

Resentencing is scheduled for September 4, 2019 at 12:00 p.m.
SO ORDERED.
Dated: 8/16/2019

P. Kevin Castel
United States District Judge

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States* v. *Juan Thompson*, S1 17 Cr. 165 (PKC)

Dear Judge Castel:

The parties write to confirm the resentencing in the above captioned matter scheduled by the Court for September 5, 2019 at 4:00 PM.

Respectfully Submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Jacob Warren
Assistant United States Attorney
(212) 637-2264

cc:   Mark Gombiner, Esq. (by ECF)