

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 30, 2019

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States* v. *Juan Thompson*, S1 17 Cr. 165 (PKC)

Dear Judge Castel:

The parties write to request an adjournment of the resentencing in the above captioned matter, which is currently scheduled for September 4, 2019, to a date and time convenient for the court during the week of October 14, 2019.

Respectfully Submitted,

GEOFFREY S. BERMAN
United States Attorney

By:     _____
Jacob Warren
Assistant United States Attorney
(212) 637-2264

cc:     Mark Gombiner, Esq. (by ECF)