



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 29, 2019

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *Juan Thompson*, S1 17 Cr. 165 (PKC)

Dear Judge Castel:

    In advance of the resentencing in the above captioned matter, the parties respectfully write to request that Your Honor order an amended Presentence Investigation Report.

    Respectfully Submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    _____
    Jacob Warren
    Assistant United States Attorney
    (212) 637-2264

cc:    Mark Gombiner, Esq. (by ECF)