UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

JUAN THOMPSON,

              Defendant.

**Order of Restitution**

S1 17 Cr. 165 (PKC)

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Jacob Warren, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts One and Two, of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** JUAN THOMPSON, the Defendant, shall pay restitution in the total amount of $21,313.38 to the Victim of the offenses charged in Counts One and Two of the Information. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
      2-24-20

_____
UNITED STATES DISTRICT JUDGE

09.10.2013