UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                                     17-cr-165 (PKC)

          -against-                                                  ORDER

JUAN THOMPSON,

                             Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The government shall respond within 14 days to Mr. Thompson's application.

Mr. Thompson may reply within 7 days thereafter.

        SO ORDERED.

                                                                     P. Kevin Castel
                                                        United States District Judge

Dated:  New York, New York
          September 18, 2020