Juan Thompson                                    4                                    3410473 -BL
Docket Number: 1:17CR00165-1



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE**

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[x]   Transfer of Jurisdiction to the District of Missouri APPROVED

[ ]   Transfer of Jurisdiction to the District of Missouri DENIED

[ ]   Other

_____
_____
_____
_____

_____
Honorable P. Kevin Castel
Senior U.S. District Judge
    3/1/2022
Date